United States District Court
Southern District of Texas
Victoria Division

S TATE OF T EXAS ,
    *Plaintiff,*
v.
R OCHELLE W ALENSKY , *et al.*;
    *Defendants.*

Case 6:22-cv-13

## ORDER

Pending before the Court is Plaintiff's *Motion to Postpone or Preliminarily Enjoin Termination Order*. (Dkt. No. 2) After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED. The effective date of the Termination Order, *Public Health Determination & Order Regarding the Right to Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists*, 87 Fed. Reg. 19,941 (Apr. 6, 2022) (signed Apr. 1, 2022), is postponed until further order from the Court, and the Defendants are enjoined from implementing it until further order from the Court.

It is SO ORDERED.

Signed this ___ of _____, 2022.

_____
**D REW B. T IPTON**
**UNITED STATES DISTRICT JUDGE**