IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, </br></br> Plaintiff, </br></br> v. </br></br> ROCHELLE WALENSKY, in her official Capacity as Director of the Centers for Disease Control & Prevention, *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 6:22-cv-00013 ) ) ) ) ) ) ) |

# NOTICE

Defendants respectfully provide notice that on April 27, 2022, the United States District Court for the Western District of Louisiana entered a TRO temporarily restraining the government from early implementation of the CDC's April 1, 2022 Title 42 Termination Order before May 23, 2022 in certain respects.  *See* TRO, *Arizona v. CDC*, No. 6:22-cv-00885 (W.D. La. Apr. 27, 2022), ECF No. 37.  A copy of the TRO is attached as Exhibit A.

Dated: April 28, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JONATHAN D. KOSSAK (DC #991478)
JOHN ROBINSON (DC #1044072)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division

Federal Programs Branch
(202) 616-8489
john.j.robinson@usdoj.gov

*Counsel for Defendants*