## United States District Court
## Southern District of Texas
## Victoria Division

STATE OF TEXAS,
 *Plaintiff,*

v.

ROCHELLE WALENSKY, *et al.*;
 *Defendants.*

Case 6:22-cv-13

## <u>Texas's Status Report</u>

Texas has joined the other States' challenge, pending in the Western District of Louisiana, to the Defendants' rescission of the Title 42 program. *See* 2d Am. Compl., *Arizona v. CDC*, ECF No. 44, No. 6:22-cv-885 (W.D. La.). Upon that court's approval of its counsels' applications for admission *pro hac vice*, Texas will move to dismiss this suit without prejudice.

Dated June 3, 2022.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Respectfully submitted,

AARON F. REITZ
*Lead Counsel*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

CHRISTOPHER D. HILTON
Chief, General Litigation Division
Texas Bar No. 24087727
christopher.hilton@oag.texas.gov

/s/ Leif A. Olson
LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801
leif.olson@oag.texas.gov

GENE P. HAMILTON
America First Legal Foundation

>300 Independence Avenue SE
>Washington, DC 20003
>(202) 964-3721
>gene.hamilton@aflegal.org
>
>CHRISTOPHER J. HAJEC
>MATT A. CRAPO
>Immigration Reform Law Institute
>25 Massachusetts Ave., NW, Suite 335
>Washington, DC 20001
>(540) 205-7986
>litigation@irli.org
>
>*Counsel for the State of Texas*

## Certificate of Service

I certify that this status report was filed with the Court on June 3, 2022, through its CM/ECF system, which automatically serves it upon all counsel of record.

>/s/ Leif A. Olson