United States District Court
Southern District of Texas
Victoria Division

STATE OF TEXAS,
    *Plaintiff,*
v.
ROCHELLE WALENSKY, *et al.*;
    *Defendants.*

Case 6:22-cv-13

## Notice of Dismissal

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), the State of Texas dismisses this suit without prejudice.

Dated June 13, 2022.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Respectfully submitted,

AARON F. REITZ
*Lead Counsel*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

CHRISTOPHER D. HILTON
Chief, General Litigation Division
Texas Bar No. 24087727
christopher.hilton@oag.texas.gov

*/s/ Leif A. Olson*
LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801
leif.olson@oag.texas.gov

GENE P. HAMILTON
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

>CHRISTOPHER J. HAJEC
>MATT A. CRAPO
>Immigration Reform Law Institute
>25 Massachusetts Ave., NW, Suite 335
>Washington, DC 20001
>(540) 205-7986
>litigation@irli.org
>
>*Counsel for the State of Texas*

## Certificate of Service

I certify that on June 13, 2022, this notice was filed with the Court through its CM/ECF system, which automatically serves it upon all counsel of record.

*/s/ Leif A. Olson*